Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

_____ Division

JUN 1 1 2025

FILED

Case No. CV125 - 135
)
)
)
)     *(to be filled in by the Clerk's Office)*

Calvin Leroy Jones
)
)     Jury Trial: *(check one)*  ☐ Yes  ☐ No

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Department of Veterans Affairs

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Calvin Leroy Jones |
| Street Address | 1723 Chesil Dr. |
| City and County | Augusts, Ga. 30907 |
| State and Zip Code | Columbia County |
| Telephone Number | (912) 255 2509 |
| E-mail Address | luckie57@Gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                      Department of Veterans Affairs

    Job or Title *(if known)*

    Street Address              810 Vermont Ave. N.W.

    City and County

    State and Zip Code        Washington, District of Columbia 20420

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Freedom of Information Act, 5 U.S.C. § 552

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

    b.    If the defendant is a corporation

        The defendant, *(name)* _____ , is incorporated under

        the laws of the State of *(name)* _____ , and has its

        principal place of business in the State of *(name)* _____ .

        Or is incorporated under the laws of *(foreign nation)* _____ ,

        and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11 June 2025

Signature of Plaintiff

Printed Name of Plaintiff    Calvin Jones

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## III. Statement of Claim

"On February 12, 2025, I submitted a FOIA request to the Department of Veterans
Affairs for C&P exam records dated 2/11/2025, 3/10/2025, 3/21/2025, and
4/24/2025.
 Despite repeated requests, VA has failed to provide the records. I also submitted a
second FOIA request on April 7, 2025, Tracking #116651010. No documents have
been released.
 This violates my rights under 5 U.S.C. § 552 and has delayed my active
compensation claim. I am under confirmed hardship status."

## IV. Relief

"I respectfully request the Court to:
a) Order immediate release of the FOIA-requested C&P exam records.
b) Declare the VA's failure unlawful.
c) Award costs and reasonable fees under FOIA statute 5 U.S.C. § 552(a)(4)(E).
d) Grant any other relief the Court finds just."

# IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

Calvin Leroy Jones,
Plaintiff,

v.

Department of Veterans Affairs,
Defendant.


Case No: _____

## COMPLAINT FOR INJUNCTIVE RELIEF

Plaintiff, Calvin Leroy Jones, brings this action against the Department of Veterans Affairs under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, seeking the immediate release of federal records unlawfully withheld and the enforcement of federal law.


## PARTIES

1. Plaintiff Calvin Leroy Jones is a service-connected veteran and Georgia resident under documented hardship status. He resides at 1723 Chesil Dr. Augusta, Georgia. 30907.

2. Defendant is the Department of Veterans Affairs, a federal agency with its principal office located at 810 Vermont Avenue NW, Washington, D.C. 20420.

## JURISDICTION AND VENUE

3. This Court has jurisdiction under 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

4. Venue is proper in this district because Plaintiff resides in Columbia County, Georgia.

## FACTUAL BACKGROUND

5. On February 12, 2025, Plaintiff submitted a FOIA request through the VA.gov portal requesting records related to four Compensation & Pension (C&P) examinations conducted between February and April 2025.

6. Plaintiff submitted a second FOIA inquiry on April 7, 2025, which was acknowledged under Tracking #116651010.

7. Despite multiple inquiries and the involvement of two Congressional offices, Defendant has failed to produce any records.

8. Plaintiff is under VA-confirmed hardship status and is suffering prolonged delay in the resolution of a pending compensation claim.

9. On June 10, 2025, Plaintiff's claim was regressed by the VA from Step 6 (Preparation for Decision) to Step 4, without explanation. This regression followed legal representation entered by Affleck & Gordon and Congressional oversight.

10. As of the filing of this complaint, no records have been released, and no lawful justification has been provided.

## CLAIM FOR RELIEF

11. Defendant's failure to provide the requested records violates FOIA and entitles Plaintiff to relief under 5 U.S.C. § 552(a)(4)(B).

## REQUEST FOR RELIEF

Plaintiff respectfully requests that the Court:

a. Order the Department of Veterans Affairs to immediately release all requested C&P exam records from February 11, March 10, March 21, and April 24, 2025;

b. Declare that the VA's failure to act is unlawful;

c. Award costs and reasonable attorney's fees under 5 U.S.C. § 552(a)(4)(E);

d. Grant such other relief as the Court deems just and proper.


Respectfully submitted,


Calvin Leroy Jones

1723 Chesil Dr.

Augusta, GA 30907

luckie57@gmail.com

(912) 255-2509